IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY J. SAVAGE,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>    Respondent. | 4:22CV3043<br><br>**ORDER** |

  Petitioner was ordered to file and serve a brief in response to the Respondent's Answer (filing 10) and Brief (filing 11). (*See* Filing 6.) Petitioner's brief was due on August 31, 2022, and has not been filed with the court.

  IT IS ORDERED that:

  1. Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before September 22, 2022. Otherwise, the matter will be ripe for consideration.

  2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 22, 2022**: check for Petitioner's brief

  Dated this 1st day of September, 2022.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge