IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY J. SAVAGE,<br><br>            Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>            Respondent. | **4:22CV3043**<br><br>**ORDER** |

      This matter is before the court on Petitioner's Motion for Discovery pursuant to Rule 6 of the *Rules Governing Section 2254 Cases in the United States District Courts*. (Filing 14.) Petitioner seeks production of a video recording of Michael Dryden's interview conducted by Officers Gratz and Barksdale on February 16 and 17, 2017. (Id.) Upon consideration, the court will direct Respondent to file a response to Petitioner's motion as set forth below.

      IT IS THEREFORE ORDERED that:

      1.    Respondent shall file a response to Petitioner's Motion for Discovery (filing 14) on or before **October 5, 2022**. Respondent may attach additional records to his response if deemed appropriate.

      2.    On the court's own motion, the deadline for Respondent to file a reply brief is extended from October 3, 2022, to October 5, 2022, to coincide with the deadline for Respondent's response to Petitioner's discovery motion. Counsel for Respondent may incorporate the response to Petitioner's motion into his reply brief if he so chooses.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 5, 2022**: check for Respondent's reply brief and response to Petitioner's motion for discovery.

Dated this 21st day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge